No. 3,574.—J. C. ALEXANDER, ADMR., RESPONDENT, *v.* GREAT NORTHERN RAILWAY CO., APPELLANT.

*Appeal from District Court, Flathead County; J. E. Erickson, Judge.*

Decided December 2, 1914.

PER CURIAM.—It is ordered that the appeal from the judgment in the above-entitled cause be, and the same is hereby,

dismissed, without prejudice to the said appellant taking or perfecting a new appeal from said judgment.

*Messrs. Noffsinger & Walchli* and *Messrs. Veazey & Veazey,* for Appellant.